[No. 6238-1-II. Division Two. November 15, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS
LEE GILBERT, *Appellant.*

Appeal from a judgment of the Superior Court for Mason
County, No. C–1132, Hewitt A. Henry, J., entered March 3,
1982. *Affirmed in part, reversed in part,* and *remanded* by
unpublished opinion per Reed, J., concurred in by Wors-
wick, C.J., and Petrich, J.

[No. 15649-7-I. Division One. November 18, 1985.]

THE CITY OF EVERETT, *Petitioner,* v. JOHN B.
ALCUMBRAC, *Respondent.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 84-1-00488-1, Robert C. Bibb, J.,
entered October 16, 1984. *Affirmed* by unpublished opinion
per Grosse, J., concurred in by Swanson and Ringold, JJ.

[No. 15355-2-I. Division One. November 18, 1985.]

CITIZENS FOR ORDERLY GROWTH, ET AL, *Appellants,* v.
THE CITY OF BURLINGTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 83-2-00387-6, Harry A. Follman, J., entered
August 14, 1984. *Affirmed* by unpublished opinion per
Corbett, C.J., concurred in by Scholfield and Webster, JJ.

[No. 14464-2-I. Division One. November 18, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DANA
MARK WALTER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83-1-03413-9, H. Joseph Coleman, J., entered
March 15, 1984. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Williams, J., Grosse, J., dis-
senting.